UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-412-BO

BAYER CROPSCIENCE LP,

   Plaintiff(s),

v.

ALBEMARLE CORPORATION,

   Defendant(s).

ORDER GRANTING CONSENT MOTION
TO SEAL CONFIDENTIAL INFORMATION

This matter has come on for consideration on the Consent Motion to Seal Confidential Information of Albemarle Corporation ("Albemarle") and Bayer CropScience LP ("Bayer") [D.E. 42]. Pursuant to Local Civil Rule 79.2 and Paragraph 12 of the Stipulated Protective Order [D.E. 26] entered by the Court in this case on December 15, 2014, and for good cause shown, the Court, having considered said motion, is of the opinion that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the following documents filed with the Court shall be and remain under seal until such time as the Court issues its order directing otherwise:

1. Bayer's Second Motion for Leave to Amend Complaint, filed April 16, 2015 [D.E. 37].

2. Declaration of Marina C. Carreker, filed April 16, 2015 [D.E. 37-3], including Exhibits A thru C thereto.

3. Bayer's Memorandum in Support of the Second Motion for Leave to Amend Complaint, filed April 16, 2015 [D.E. 38].

4. Albemarle's Response in Opposition to Bayer's Second Motion for Leave to Amend Complaint, filed May 7, 2015 [D.E. 41].

5. Declaration of David C. Kimball, filed May 7, 2015 [D.E. 41-1], including Exhibits A thru H thereto.

SO ORDERED, this the 14 day of May, 2015.

/s/ Terrence Boyle
HON. TERRENCE W. BOYLE
United States District Judge