UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-412-BO

| | |
|---|---|
| BAYER CROPSCIENCE LP,<br><br>Plaintiff(s),<br><br>v.<br><br>ALBEMARLE CORPORATION,<br><br>Defendant(s). | ORDER GRANTING CONSENT MOTION<br>TO SEAL CONFIDENTIAL INFORMATION |

This matter has come on for consideration on the Consent Motion to Seal Confidential Information of Albemarle Corporation ("Albemarle") and Bayer CropScience LP ("Bayer") [D.E. 48]. Pursuant to Local Civil Rule 79.2 and Paragraph 12 of the Stipulated Protective Order [D.E. 26] entered by the Court in this case on December 15, 2014, and for good cause shown, the Court, having considered said motion, is of the opinion that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the following documents filed with the Court shall be and remain under seal until such time as the Court issues its order directing otherwise: Bayer's Reply Memorandum In Support of Second Motion for Leave to Amend Complaint, filed May 26, 2015, together with all exhibits thereto [D.E. 47, 47-1, and 47-2].

SO ORDERED, this the __11__ day of __June__, 2015.

_____
HON. TERRENCE W. BOYLE
United States District Judge